AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Pozos)  17-115

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dannie Bruce | ) | Case No. |
| | ) | 17-1569-M |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 15, 2017___ in the county of ___Philadelphia___ in the ___Eastern___ District of ___Pennsylvania___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 113(a)(5). | Assault. |

This criminal complaint is based on these facts:
See the attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Jared K. Fitzgerald, Federal Protective Services
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-21-17

*Judge's signature*

City and state: Philadelphia, Pennsylvania    HON. TIMOTHY R. RICE, U.S. MAGISTRATE JUDGE
*Printed name and title*

**Affidavit**

I, Jared K. Fitzgerald, being duly sworn, hereby state and depose:

1.  I am a criminal investigator for the Federal Protective Service (FPS). I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia. I also was a uniformed federal officer with the FPS for four years before being promoted to criminal investigator. Prior to joining the FPS, I was a Federal Air Marshal for five years in Fairfax County, Virginia and served in the United States Navy as an intelligence specialist for five years. I have a Master's degree in criminal justice administration from Columbia Southern University. I have investigated many different types of cases throughout my career.

2.  The information in this affidavit is based on my personal knowledge and information provided to me by other law enforcement officers and individuals. The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all the facts related to this case.

3.  On or about November 15, 2017 at approximately 4:35pm, FPS responded to a call about an assault that had taken place in an elevator located inside the James A. Byrne Courthouse, 601 Market Street, Philadelphia, PA 19106 (hereinafter "the Courthouse").

4.  The FPS inspectors met with the victim, L.M.M., and spoke with her over the course of the next few days. L.M.M. is a federal employee who works at the Courthouse. L.M.M. stated that she entered the elevator from the first floor lobby of the Courthouse and was followed into the elevator by an unknown black male later identified as Dannie BRUCE. She then selected the elevator button for the 21st floor while BRUCE stood behind her quietly. BRUCE did not

1

select any of the elevator buttons. As the elevator began to move, BRUCE asked if L.M.M was alright, to which L.M.M. replied that she was. BRUCE then inquired, "Do you remember me?" L.M.M. responded that she did not. L.M.M. asked BRUCE for his name, to which he responded, "Carl." BRUCE then moved in closer to L.M.M. so that she could not get out of the corner and again asked, "Do you remember me?" L.M.M. again replied that she did not. At this point, L.M.M. explained that BRUCE was within inches of her face and she began to panic. L.M.M. turned her face away from BRUCE, and BRUCE kissed her on her right cheek without consent. The elevator doors opened, and L.M.M. ran out of the elevator and was scared that BRUCE was going to follow her. Upon entering an office, L.M.M. immediately told other court employees about the incident.

5. The FPS inspectors also spoke with court security officers who stated that a different federal employee, hereinafter referred to as Person #1, had encountered an unknown black male (later identified as BRUCE) on the 22nd floor and had pushed the panic button. Person #1 stated that BRUCE was banging on the door of the 22nd floor and turning the knob of the door trying to gain access beyond the door. Person #1 could see BRUCE on the internal video camera and used the intercom to ask BRUCE what he wanted. BRUCE stated that he wanted to make a donation to the court. Person #1 directed BRUCE to go to the first floor of the Courthouse for such a donation. BRUCE then asked about a jar on a coffee table which he apparently could see through a nearby window. BRUCE continued to repeatedly bang on the door and repeat himself. Person #1 pressed the panic button. When court officers arrived on the 22nd floor, BRUCE was sitting on a couch near the elevators. While obtaining identification, court officers discovered that his name was Dannie BRUCE, although he was hard to recognize

from his identification picture because his hair was different and he was wearing a lot of make-up. The court officers transported BRUCE to a holding cell in the courthouse.

6. L.M.M. was asked to come to the holding area, where she positively identified BRUCE as the individual who assaulted her in the elevator.

7. When court officers later went to transfer BRUCE from his holding cell to FPS custody, a deputy noticed that BRUCE was holding his penis in his right hand and attempting to masturbate while handcuffed. The deputy instructed BRUCE to stop; BRUCE looked at the deputy and stated, "Everyone needs to bust a nut." BRUCE then put his penis back inside his pants.

8. On or about November 16, 2017, your affiant met with court officers to recover video from the incident that took place the day before. The video showed BRUCE following L.M.M. through the Courthouse lobby and into the elevator. There are no cameras in the elevators of the Courthouse.

9. BRUCE has several prior convictions, including convictions for assault, indecent assault, and sexual assault and is currently a registered sex offender.

3

10.     Based on the foregoing, I submit there is probable cause to find that Dannie BRUCE assaulted a federal employee, in violation of Title 18, United States Code, Section 113(a)(5).

JARED K. FITZGERALD
Criminal Investigator
Federal Protective Services

SWORN AND SUBSCRIBED BEFORE ME THIS 21 DAY OF November, 2017

HONORABLE TIMOTHY R. RICE
United States Magistrate Judge